# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ROBERT DAVID NEAL, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) No. 1:11-cv-415-TWP-TAB |
| | ) |
| WARDEN CHARLES L. LOCKETT, | ) |
| | ) |
| Respondent. | ) |

## Entry Discussing Petition for Writ of Habeas Corpus

The pleadings and the expanded record in this action show the following:

1. Robert David Neal is confined at the United States Penitentiary at Terre Haute, Indiana. He is serving the executed portion of the 327-month sentence imposed by the United States District Court for the Northern District of Texas pursuant to his convictions for violating 18 U.S.C. § 1343 and 18 U.S.C. § 2. *See United States v. Neal,* 294 Fed. Appx. 96 (5th Cir. 2008) (unpublished).

2. Neal has been assigned register number Reg. No. 15151-180 by the Federal Bureau of Prisons. That number is not assigned to or shared by any other inmate.

3. Neal has used the alias David Nelson seeking his release pursuant to a replevin action in which, using the subterfuge of *Nelson v. Neal,* he obtained a consent judgment in the Northern District of California. He then sought to obtain "execution" of this judgment. That filing was docketed in this court as No. 1:11-mc-12-TWP-TAB. Because of the unique nature of habeas proceedings, Neal's claim for his release was processed as the habeas action docketed above. He was notified of this action and his custodian was made a party to the action. *See Rumsfeld v. Padilla,* 542 U.S. 426, 443, 447 (2004) ("Whenever a § 2241 habeas petitioner seeks to challenge his present physical custody within the United States, he should name his warden as respondent and file the petition in the district of confinement.").

4. "A necessary predicate for the granting of federal habeas relief [to a petitioner] is a determination by the federal court that [his or her] custody violates the Constitution, laws, or treaties of the United States." *Rose v. Hodges,* 423 U.S. 19, 21 (1975). Neither Neal himself, nor Neal acting as his alias Nelson, has made a showing of that nature. Neal cannot obtain his release through the "execution" of the consent judgment. *See, e.g., Diaz v. Diaz,* 2009 WL 272870, at *1 (W.D.Va. Feb.3, 2009).

5. Overall, Neal does not challenge either the lawfulness of his conviction nor the manner in which the Bureau of Prisons is executing that sentence. Accordingly, the petition for a writ of habeas corpus must be denied and the action dismissed with prejudice.

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 07/20/2011

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

gerald.coraz@usdoj.gov

Robert David Neal
No. 15151-180
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808